IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:18cr7DCB-FKB

WILLIAM SHELTON

## ORDER FOR THE RETURN OF PROPERTY

Before this Court is the United States of America's Motion for an Order to Return Property, and Notice. Mot. for an Order to Return Property, (ECF No. 25). The Court entered an Agreed Preliminary Order of Forfeiture, (ECF No. 19) on April 10, 2018, forfeiting a specific firearm and ammunition to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Because the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has determined and notified the United States that the weapon and ammunition was stolen and should be released to the rightful owner, the United States no longer seeks a final order of forfeiture of the **Ruger pistol, .22 caliber, model number SR22, serial number 36301136 and any magazine (the "Subject Firearm")**. However, the United States seeks an Order from this Court to return the **Subject Firearm** to its rightful owner.

Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the ATF shall return the **Subject Firearm** to its rightful owner as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 28th day of June, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE